UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
) Case No. 1-15-CR-14-CLC-SKL
v. )
)
MICHELLE ADAMS )

## **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Counts One and Three of the three count Indictment; (2) accept Defendant's plea of guilty to Counts One and Three of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts One and Three of the Indictment; and (4) Defendant has been released on bond under appropriate conditions of release pending sentencing in this matter (Court File No. 15). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 15) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw her not guilty plea to Count One and Three of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Counts One and Three of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and Three of the Indictment;

(4) Defendant **SHALL REMAIN** on bond under appropriate conditions of release

pending sentencing in this matter which is scheduled to take place on **October 22, 2015 at 2:00 p.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

                                        **/s/**
                                        **CURTIS L. COLLIER**
                                        **UNITED STATES DISTRICT JUDGE**